UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                              Criminal No. 09-cr-17-01-JL

<u>Sandra L. Williams</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted in part.  The continuance is limited to 60 days.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: May 13, 2009

cc:  Jeff Levin, AFD
     Mark S. Zuckerman, AUSA
     U.S. Marshal
     U.S. Probation