UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                              09-cr-17-01- JL

<u>Sandra L. Williams</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            /s/ Joe Laplante
                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date:  July 17, 2009


cc:   Jeff Levin, AFD
       Mark Zuckerman, AUSA
       U.S. Marshal
       U.S. Probation